Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ALEX MORRISON, JR.,<br><br>Defendant. | 1:21-CR-2032-SMJ<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 1153, 2241(c):<br>Aggravated Sexual Abuse<br>(Counts 1, 2) |

The Grand Jury charges:

Count 1

On a date unknown, but between on or about September 1, 2011, and on or about September 1, 2012, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, THOMAS ALEX MORRISON, JR., an Indian, did knowingly engage in a sexual act and attempt to engage in a sexual act with Minor 1, an Indian, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 1, a minor who had not attained the age of 12 years, and such touching was done with

INDICTMENT – 1

an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2241(c).

COUNT 2

On a date unknown, but between on or about February 4, 2011, and on or about February 4, 2013, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, THOMAS ALEX MORRISON, JR., an Indian, did knowingly engage in a sexual act and attempt to engage in a sexual act with Minor 2, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 2, a minor who had not attained the age of 12 years, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2241(c).

DATED this 10th day of August 2021.

A TRUE BILL

Foreperson

Joseph H. Harrington
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2