# CHARGES AND PENALTIES

**CASE NAME:** Thomas Alex Morrison, Jr.      **CASE NO.** 1:21-CR-2032-SMJ-1

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1153, 2241(c) | Aggravated Sexual Abuse | CAG no less than 30 years and up to life; $250,000 fine; no less than 5 years and up to life supervised release; $100 plus $5,000 special penalty assessment. |
| 2 | 18 U.S.C. §§ 1153, 2241(c) | Aggravated Sexual Abuse | CAG no less than 30 years and up to life; $250,000 fine; no less than 5 years and up to life supervised release; $100 plus $5,000 special penalty assessment. |