# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. THOMAS ALEX MORRISON JR.**  Case No. 1:21-CR-2032-SMJ-1

Richland Video Conference
The Defendant agreed to appear via video conference.

**Detention Hearing:**  09/02/2021

- ☒ Sara Gore, Courtroom Deputy [R]
- ☒ Erica Helms, US Probation / Pretrial Services (tele)
- ☒ Defendant present ☒ in custody USM appearing by video from Yakima County Jail

- ☒ Michael Murphy, US Atty (video)
- ☒ Craig Webster, Defense Atty (video)
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☐ Defendant continued detained
- ☒ Conditions of Release imposed
- ☒ 199C Advice of Penalties/Sanctions

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

USA proffered the pretrial services report and does not concur with its recommendation of conditions of release of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Defense counsel argued why the Defendant should be released. Defense counsel argues ties to the community, employment, and location monitoring. Defense counsel asks the Court to adopt the pretrial service report conditions of release.

**The Court ordered:**
1. USA's Motion for Detention is **denied**.
2. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.