Nick Mirr
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Thomas Alex Morrison, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Thomas Alex Morrison, Jr.,<br><br>                    Defendant. | No.  1:21-CR-2032-SMJ<br><br>**Notice of Appearance** |

Please take notice that Nick Mirr of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as additional counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

Dated: September 14, 2021.

Notice of Appearance: 1

By s/ Nick Mirr
   Nick Mirr, AT0014467
   Attorney for Thomas Alex Morrison, Jr.
   Federal Defenders of Eastern Washington and Idaho
   306 East Chestnut Avenue
   Yakima, Washington 98901
   (509) 248-8920
   (509) 248-9118 fax
   Nick_Mirr@fd.org

## Certificate of Service

I hereby certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael D. Murphy, Assistant United States Attorney.

   s/ Nick Mirr
   Nick Mirr

Notice of Appearance: 2