FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ALEX MORRISON, JR.,<br><br>Defendant. | No. 1:21-cr-02032-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation for Protective Order Regarding Identification of Minor Victim or Witness Pursuant to 18 U.S.C. § 3509, **ECF No. 20**, is **GRANTED**.

//

//

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

**A.** Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regulating Identification of Minor Victim or Witness Pursuant to 18 U.S.C. § 3509, **ECF No. 20-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge