UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Thomas Alex Morrison, Jr.,<br><br>　　　　　　　　　　Defendant. | No. 1:21-cr-2032-SMJ<br><br>**Unopposed Motion to Continue Trial and to Set a New Pretrial Conference and Related Trial Deadlines**<br><br>**Without Oral Argument**<br>**October 19, 2021, 6:30 p.m.** |

　　The defendant, Thomas Alex Morrison, Jr., hereby moves this Court to continue the trial in his case to February 14, 2022, with a new pretrial conference date of January 19, 2022. Mr. Morrison further moves the Court to issue an amended case management order with new deadlines, including extending the deadline to file pretrial motions. The United States does not oppose this motion and does not oppose continuing the trial date.

　　The United States filed an indictment on August 10, 2021. Mr. Morrison appeared for arraignment on September 1, 2021. The Court appointed the Federal Defenders Office to represent him, and undersigned counsel entered a Notice of Appearance on September 2, 2021. The Court has since scheduled a pretrial conference for October 19, 2021, and a trial date of November 8, 2021, both in Yakima.

　　Mr. Morrison acknowledges that any continuance would be excludable for purposes of the Speedy Trial Act, and counsel will file a signed statement of reasons in connection with this motion. Due to ongoing restrictions on in-person client meetings

Unopposed Motion to Continue Trial and Set New Deadlines: 1

due to the COVID pandemic, counsel has reviewed the statement of reasons with Mr. Morrison telephonically and received consent to sign on his behalf.

Defense counsel has contacted Assistant U.S. Michael Murphy regarding this motion, and the Government has no objection to the requested continuance.

The instant motion constitutes Mr. Morrison's first request for a continuance. Mr. Morrison is requesting this continuance to give defense counsel adequate time to review discovery, perform relevant investigation, research factual and legal defenses to the charges, and to meet and discuss the case with Mr. Morrison. As the Court is aware, the current charges are extremely serious, carrying a 30-year mandatory minimum. The charges also arise from reports of misconduct occurring up to a decade ago. Moreover, due to the nature of the charges, the United States is being cautious with respect to disclosures of relevant discoverable information. The Court recently granted the parties' request for a protection order so that the United States could life some redactions and make the discovery meaningfully reviewable for Mr. Morrison and his counsel. Because of all of the above-noted issues, Mr. Morrison and his counsel need additional time to work on the case and to meet and confer with one another. The requested continuance is reasonable and in the interest of justice.

Undersigned counsel has inquired of the Court as to available dates for the Court's schedule in light of the requested adjournment, and has discussed proposed new dates and deadlines with counsel for the government. Mr. Morrison is respectfully requesting a new trial date of February 14, 2022, in Yakima. Mr. Morrison also requests

that the pretrial conference be rescheduled to January 19, 2022 at 9:30 a.m., also in Yakima. Mr. Morrison is submitting a proposed amended case management order with new filing deadlines based on the new trial and pretrial conference dates. Mr. Morrison has no objection to the Court issuing an amended case management order with different deadlines as deemed appropriate by the Court if the proposed order is not acceptable.

Mr. Morrison therefore respectfully requests that the Court grant a continuance of the trial date for February 14, 2022, and set a new pre-trial conference date of January 19, 2022 at 9:30 a.m. Mr. Morrison further requests that the Court issue an amended case management order with new deadlines, including extending the deadline to file pretrial motions.

Dated: October 7, 2021.

By s/ Paul E. Shelton
Paul E. Shelton, 52337
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

Unopposed Motion to Continue Trial and Set New Deadlines: 3

**Certificate of Service**

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Michael D. Murphy, Assistant United States Attorney.

s/ Paul E. Shelton
Paul E. Shelton
