UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

United States of America,

      Plaintiff,

 v.

Thomas Alex Morrison, Jr.,

      Defendant.

No. 1:21-cr-2032-SMJ

**Statement of Reasons in Support of Motion to Continue**

  My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. §3161, to go to trial within a 70-day period. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for a continuance. A Motion to Continue the trial has been filed. I ask this Court to grant that Motion to Continue and reset the trial date from its current date of November 8, 2021 to a date not later than February 14, 2022, for the reasons stated in the motion to continue and under 18 U.S.C. § 3161.

  I understand that if the Court grants the Motion to Continue that all time between the date the Motion to Continue was filed and the new date for trial will be excluded from the speedy trial period under the Speedy Trial Act.

          *Paul E. Shelton*
         _____
         Defendant

        Date: 10/7/2021_____

Statement of Reasons: 1

I have read this form and discussed the contents with my client. Specifically, I have reviewed the Motion to Continue and this Statement of Reasons with my client telephonically. Due to restrictions on in-person client meetings during the ongoing COVID pandemic, Mr. Morrison consents to me signing on his behalf.

*Paul E. Shelton*
Counsel for Defendant

Date: 10/7/2021

Dated:   October 7, 2021

By s/ Paul E. Shelton
Paul E. Shelton, 52337
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

Statement of Reasons:  2

**Certificate of Service**

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Michael D. Murphy, Assistant United States Attorney.

s/ Paul E. Shelton<br>Paul E. Shelton