UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Judge Salvador Mendoza, Jr.

United States of America,

        Plaintiff,

  v.

Thomas Alex Morrison, Jr.,

        Defendant.

No. 1:21-cr-2032-SMJ

**Joint Proposed Case Management Deadlines**

Thomas Alex Morrison, Jr., by and through his attorney and the government, submits the following Joint Proposed Case Management Deadlines:

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and email to Court: | |
|     USAO's Experts | December 22, 2021 |
|     Defendant's Experts | December 29, 2021 |
|     USAO's Rebuttal Experts | January 5, 2022 |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | December 29, 2021 |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | January 19, 2022<br>9:30 AM – YAKIMA |
| CI's identities, and willingness to be interviewed disclosed to Defendant | January 31, 2022 |
| Grand jury transcripts disclosed to Defendants:<br>    Case Agent<br>    CIs<br>    Other witnesses | <br><br>January 31, 2022<br>January 31, 2022<br>January 31, 2022 |

Joint Proposed Case Management Deadlines - 1

| | |
|---|---|
| Exhibit lists filed and emailed to Court | February 4, 2022 |
| Witness lists filed and emailed to Court | February 4, 2022 |
| Trial briefs, requested voir dire, proposed jury instructions and verdict forms filed and emailed to Court | February 4, 2022 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | February 4, 2022 |
| Trial notices filed with the Court | February 4, 2022 |
| Technology readiness meeting (in-person) | February 7, 2022 |
| **JURY TRIAL** | February 14, 2022<br>9:00 AM – YAKIMA |

Dated: October 7, 2021.

Respectfully Submitted,

s/Paul Shelton
Paul Shelton, 52337
Attorney for Thomas Alex Morrison, Jr.
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Michael D. Murphy, Assistant United States Attorney.

s/Paul Shelton
Paul Shelton, 52337