AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 19, 2021**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS ALEX MORRISON, JR. | ) Case No. 1:21-CR-2032-SMJ-1 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    THOMAS ALEX MORRISON, JR.    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2241(c) Aggravated Sexual Abuse

Date: Aug 10, 2021, 11:38 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/10/21 , and the person was arrested on *(date)* 9/1/21
at *(city and state)* Yakima, WA

Arrested within the E/WA

Date: 9/1/21

By: FBI

*Arresting officer's signature*
Executed On: 9/1/21
Sign: Reagan K Davey, USMS
*Printed name and title*